**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-1022

JANICE WOLK GRENADIER,

Plaintiff – Appellant,

v.

UNITED STATES OF AMERICA (USA), as public servants,
individually and in their official capacity as an officer
of the court; COMMONWEALTH OF VIRGINIA (VA), as public
servants, individually and in their official capacity as an
officer of the court; CITY OF ALEXANDRIA (COA), as public
servants, individually and in their official capacity as an
officer of the court; GRENADIER STARCE DUFFETT KIESER &
LEVI PC, as public servants, individually and in their
official capacity as an officer of the court;
DIMUROGINSBERG PC, as public servants, individually and in
their official capacity as an officer of the court; MICHAEL
WIESER ESQ., as public servants, individually and in their
official capacity as an officer of the court; REED SMITH,
as public servants, individually and in their official
capacity as an officer of the court; RICH ROSENTHAL
BRINEFIELD MANITTA DZUBIN & KROGER LLP, as public servants,
individually and in their official capacity as an officer
of the court; BWW LAW GROUP, as public servants,
individually and in their official capacity as an officer
of the court; TROUTMAN SANDERS, a/k/a Mays & Valentine, as
public servants, individually and in their official
capacity as an officer of the court; PARKER, SIMON,
KOKOLIS, LLC, as public servants, individually and in their
official capacity as an officer of the court; KELLER
HECKMAN, as public servants, individually and in their
official capacity as an officer of the court; VIRGINIA
STATE BAR, as public servants, individually and in their
official capacity as an officer of the court; NEIL GURVITCH
ESQ., Wecheler, Selzer & Gurvitch, Charted, as public
servants, individually and in their official capacity as an
officer of the court; ILONA GRENADIER HECKMAN, as public
servants, individually and in their official capacity as an

officer of the court; DAVID MARK GRENADIER, as public servants, individually and in their official capacity as an officer of the court; ERIKA ELY LEWIS, as public servants, individually and in their official capacity as an officer of the court; JOHN DOE, as public servants, individually and in their official capacity as an officer of the court; JANE DOE, as public servants, individually and in their official capacity as an officer of the court,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (1:15-cv-01497-GBL-IDD)

---

Submitted: September 13, 2016      Decided: September 16, 2016

---

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Janice Wolk Grenadier, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Janice Wolk Grenadier appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Grenadier v. United States</u>, No. 1:15-cv-01497-GBL-IDD (E.D. Va. Dec. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>